SEBASTIAN GANGEMI ET AL. *v.* ZONING BOARD OF
APPEALS OF THE TOWN OF FAIRFIELD

The plaintiffs' petition for certification for appeal
from the Appellate Court, 54 Conn. App. 559 (AC 17688),
is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the
trial court lacked subject matter jurisdiction over the
plaintiffs' appeal from the decision of the zoning board
of appeals' refusal to invalidate the 'no rental' condition
on the 1986 zoning variance?"

The Supreme Court docket number is SC 16208.

*John E. Curran,* in support of the petition.

*John F. Fallon* and *Richard H. Saxl,* in opposition.